## STATE v. WEATHERFORD MILLING CO.

No. 2556. Opinion Filed April 4, 1913.

(131 Pac. 683.)

**APPEAL AND ERROR—Dismissal of Appeal—Briefs.** Where plaintiff in error fails to file briefs, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from Custer County Court;*
*A. H. Latimer, Judge.*

Foster et al. v. Hoff et al.

Action by the State of Oklahoma, County of Custer, against the Weatherford Milling Company. Judgment for defendant, and plaintiff brings error. Appeal dismissed.

*Fred A. Snodgrass* and *Thomas & Thomas,* for the State. *Shartel, Keaton & Wells,* for defendant in error.

Opinion by BREWER, C. The petition in error and transcript of the record in this case was filed in this court April 27, 1911. The plaintiff in error has failed to file any brief in the cause, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi). The petition in error shall therefore be dismissed for want of prosecution. *Hass et al v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 779, 117 Pac. 200; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205; *Miller Lumber Co. v. Swink Merc. Co., ante,* 130 Pac. 574.

By the Court: It is so ordered.